# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
## AT NASHVILLE
May 15, 2001 Session

## STATE OF TENNESSEE v. CLEANDER CLEON HARTMAN, JR.

**Direct Appeal from the Circuit Court for Williamson County**
**No. II-599-154     Timothy L. Easter, Judge**

---

**No. M200-02441-CCA-R3-CD - Filed January 17, 2002**

---

NORMA MCGEE OGLE, J., concurring in part and dissenting in part.

I fully concur in the majority's opinion with the exception of its conclusion that the sentence in this case is unreasonable in light of the severity of the offenses. In any event, upon remand for a new trial, should the defendant again be convicted pursuant to counts one and three of the indictment, the trial court should be free to consider the imposition of consecutive sentencing in light of any additional evidence presented by the State.

NORMA McGEE OGLE, JUDGE